**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY ALEXANDER, | No. C 09-1289 MHP (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| C.D.C. and ARNOLD SCHWARZENEGGER, | |
| Defendants. | |

This action is dismissed without prejudice for failure to exhaust administrative remedies.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 23, 2010

_____
Marilyn Hall Patel
United States District Judge